UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK LEE SMITH,

       Plaintiff,                        Case No. 1:14-cv-644

v.                                         HON. JANET T. NEFF

UNKNOWN LEMAIRE, et al.,

       Defendants.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

This is a civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed a Motion for a Preliminary Injunction (Dkt 32).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 23, 2015, recommending that this Court deny Plaintiff's motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 38) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Preliminary Injunction (Dkt 32) is DENIED for the reasons stated in the Report and Recommendation.


Dated:  April 20, 2015                                      /s/Janet T. Neff
                                                             JANET T. NEFF
                                                             United States District Judge